IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-MJ-1137

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BLAINE ASHTON FOY | ) | |

FILED
JUL 27 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Upon the uncontested oral motion by the government to withdraw the motion for revocation of Defendant's probation [DE-5] and to terminate Defendant's probation, the motion for revocation of Defendant's probation [DE-5] is hereby withdrawn and Defendant's probationary term is hereby terminated. Accordingly, Defendant's motion for appropriate relief [DE-11] is denied as moot.

SO ORDERED, this the 27th day of July, 2011.

_____
Robert B. Jones, Jr.
United States Magistrate Judge